UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY MICHAEL MANSBERRY,

    Petitioner,　　　　　　　　　　Civil No. 2:12-CV-14112
　　　　　　　　　　　　　　　　　　　　HONORABLE GERALD E. ROSEN
v.　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

KEN ROMANOWSKI,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Gerald E. Rosen, Chief United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on June 27, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 27th, day of June, 2013.

                                                DAVID J. WEAVER
                                              CLERK OF THE COURT

APPROVED:
                                              BY: s/ Richard Loury
                                              DEPUTY CLERK

s/ Gerald E. Rosen_____
HON. GERALD E. ROSEN
CHIEF UNITED STATES DISTRICT JUDGE